# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                              Case No. 12-C-1286

**LEONARD G. ADENT, JOYCE ADENT,**
**DEREK ADENT, BMO HARRIS BANK N.A., and**
**WISCONSIN DEPARTMENT OF REVENUE,**

    Defendants.

## DECISION AND ORDER

This matter comes before the Court on the plaintiff's motion for summary judgment on its claim for lien foreclosure against Leonard, Joyce, and Derek Adent. This motion must be denied because it fails to comply with Civil Local Rule 56(a) (E.D. Wis.), which provides specific procedures for summary judgment motions against *pro se* litigants.

The motion for summary judgment [ECF No. 31] is **DENIED**. The United States can renew its motion within **thirty (30) days** of the date of this Order. If no motion is filed, this matter will be set for a trial to the Court.

Dated at Milwaukee, Wisconsin, this 9th day of June, 2015.

                                      **SO ORDERED:**

                              _____
                              **HON. RUDOLPH T. RANDA**
                              **U.S. District Judge**